# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 5, 2014

## NO. 03-12-00800-CR

**Leeroy Suarez, Appellant**

**v.**

**The State of Texas, Appellee**

---

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

---

This is an appeal from the judgment of conviction entered by the trial court on November 1, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.